UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK (BROOKLYN)

In Re:

LOUIS FERRARONI
VIRGINIA FERRARONI,

Debtors.

Case No.: 1-09-46058-ess
CHAPTER 13

**ORDER VACATING STAY**

Upon the application of CitiMortgage, Inc., (hereinafter "CMI"), secured creditor, for an order pursuant to 11 U.S.C. § 362(d), modifying and terminating the automatic stay and permitting CMI, its successors or assigns, to pursue their statutory remedies in connection with the property known as 2007 Clove Road, Staten Island, NY 10304 (the "Property"); and upon the affidavit of service duly filed herein; and a hearing having been held before the Honorable ELIZABETH S. STONG, Bankruptcy Judge, and no one having filed an objection or appeared in opposition thereto, and sufficient cause appearing therefore, it is

ORDERED, that the automatic stay is hereby vacated as to CMI, its successors or assigns, and they may pursue their statutory remedies in connection with the Property; and it is further

ORDERED, that the case trustee shall receive notice of any surplus monies arising from a public auction of the Property, together with an accounting.

ORDERED, the 14-day provision under FRBP Rule 4001 is hereby waived.

Dated: Brooklyn, New York
_____, 2010

                                                                                                      _____
                                                                                                      HON. ELIZABETH S. STONG
                                                                                                      U.S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK (BROOKLYN)

In Re:

LOUIS FERRARONI
VIRGINIA FERRARONI,

                                  Debtors.

Case No.: 1-09-46058-ess
CHAPTER 13

## ORDER VACATING AUTOMATIC STAY

**SWEENEY GALLO REICH & BOLZ, LLP**
Attorneys for Secured Creditor
CitiMortgage, Inc.
95-25 Queens Boulevard
11th Floor
Rego Park, New York 11374
(718) 459-2634